1036

[No. 43878-0-II. Division Two. August 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED HENRY CARPENTER, IV, *Appellant.*

 by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Maxa, J.

[No. 45316-9-II. Division Two. August 18, 2015.]

JOSEPH H. WOODS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

 by unpublished opinion per Lee, J., concurred in by Maxa and Melnick, JJ.

[No. 45874-8-II. Division Two. August 18, 2015.]

*In the Matter of the Marriage of* TODD EVAN SCHNEIDERMAN, *Appellant* and JULIE TERESA RODGERS, *Respondent.*

 by unpublished opinion per Maxa, J., concurred in by Lee and Sutton, JJ.

[No. 45922-1-II. Division Two. August 18, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL BERRIAN, *Appellant.*

 by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Sutton, J.